March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES RAMEY, SEAN RAMEY AND ALL OCCUPANTS, Appellants

NO. 14-11-00992-CV                    V.

BANK OF NEW YORK, Appellee
_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on October 31, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JAMES RAMEY, SEAN RAMEY AND ALL OCCUPANTS.

We further order this decision certified below for observance.